UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA HAMEL.,

                    Plaintiff,

                -against-

BPAS LLC, BENEFIT PLANS ADMINISTRATIVE
SERVICES, INC., BENEFIT PLANS
ADMINISTRATIVE SERVICES, LLC, MARIST
COLLEGE SUPPLEMENTAL HEALTH
COVERAGE PLAN, AND MARIST COLLEGE.,

                    Defendants.

25 CIVIL 3634 (NSR)

# **JUDGMENT**

        It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Opinion & Order dated May 19, 2026, Plaintiff's motion for summary judgment

is DENIED, and Defendants' motion for summary judgment is GRANTED.

**Dated:**    New York, New York
            May 20, 2026

                                  **TAMMI M. HELLWIG**
                                   **Clerk of Court**

                **BY:**

                                   **Deputy Clerk**